**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
RAFIQ BIN BASHIR BIN            :
JALLUL ALHAMI, et al.,          :
                                :
     Petitioners,               :
                                :
     v.                         :    Civil Action No. 05-359 (GK)
                                :
BARACK H. OBAMA, et al.,        :
                                :
     Respondents.               :
_____:
```

**ORDER**

A Status Conference was held in this case on April 27, 2009, which was closed to the public due to the discussion of classified information. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that Petitioners shall file their motions to compel discovery, if any, by **June 2, 2009**; the Government's oppositions are due by **June 11, 2009**; Petitioners' replies are due by **June 16, 2009**; and it is further

**ORDERED**, that the deadline for Petitioners to submit their Traverses is postponed. A date will be set when discovery issues are crystallized; and it is further

**ORDERED**, that a discovery hearing shall be held, if necessary, on **July 6, 2009, at 10:00 a.m.**

|                   |                           |
|-------------------|---------------------------|
|                   | /s/                       |
| April 27, 2009    | Gladys Kessler            |
|                   | United States District Judge |

Copies to: Attorneys of Record via ECF